AB:ADG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

         - against -

ANTHONY CHRISTOPHER MENDONCA,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

(T. 18, U.S.C., § 2252(a)(4)(B))

Case No. 18-M-1137

EASTERN DISTRICT OF NEW YORK, SS:

       Krista Cousins, being duly sworn, deposes and states that she is a Special

Agent with the U.S. Department of Homeland Security, Homeland Security Investigations,

duly appointed according to law and acting as such.

       On or about November 20, 2018, the defendant ANTHONY CHRISTOPHER

MENDONCA did knowingly possess one or more books, magazines, periodicals, films,

video tapes, and other matter which contain any visual depiction, the production of such

visual depiction having involved the use of one or more minors engaging in sexually explicit

conduct and such visual depiction was of such conduct, that has been mailed, and has been

shipped and transported using any means and facility of interstate and foreign commerce and

in and affecting interstate and foreign commerce, and which was produced using materials

which have been mailed and so shipped and transported, by any means including by

computer.

     (Title 18, United States Code, Section 2252(a)(4)(B)).

1.      The source of your deponent's information and the grounds for her belief are as follows:[1]

2.      I have been a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") since November 2017, and am currently assigned to the New York Office.   Since June 2018, I have been assigned to the Child Exploitation Investigation Unit.   Prior to joining HSI, I was a Detective with the Minot Police Department in Minot, North Dakota, where I investigated child exploitation crimes. At HSI, I have been assigned to investigate violations of criminal law relating to the sexual exploitation of children.   I have gained expertise in this area through training in classes and daily work related to conducting these types of investigations.   As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs depicting children (less than eighteen years of age) being sexually exploited by adults.   Through my experience in these investigations, I have become familiar with methods of determining whether a child is a minor.

3.      I am familiar with the information contained in this Complaint based on my own personal participation in the investigation, my review of documents, my training and experience and discussions that I have had with other law enforcement personnel concerning the creation, distribution and proliferation of child pornography.   Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

4.      In or about May 2018, law enforcement authorities received a tip from Interpol indicating that a United States-based online user with the Internet Protocol ("IP") address of 69.117.88.50 (the "Defendant's IP Address") was sharing child pornographic materials for download on Peer-to-Peer (P2P) networks.[2]

5.      Separately, on or about June 30, 2018, New York State law enforcement determined that the user of a device accessing the Defendant's IP Address shared via Bittorent client software at least one file containing child pornography.

6.      Records obtained from Optimum Online by administrative subpoena showed that the Defendant's IP Address was associated with the residence 1405 East 54th Street, Brooklyn, New York 11234 (the "Defendant's Residence").

7.      On or about November 20, 2018, law enforcement authorities executed a search warrant, signed by the Honorable Steven Tiscione on November 16, 2018, for electronic devices at the Defendant's Residence.   Law enforcement seized from the Defendant's Residence approximately 141 electronic devices, including hard drives, laptop computers, Apple IPads, external thumb drives and desktop computers.

---

[2]      Peer to Peer file sharing is a method of communication available to Internet users through the use of special software.   Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network.   A user first obtains the P2P software, which can be downloaded from the Internet.   In general, P2P software allows the user to set up file(s) on a computer to be shared with others who are running compatible P2P software.   Bittorrent is one type of P2P software, which sets up its searches by keywords, typically on torrent websites.   Bittorrent programs are typically free to download and are used for the exchange of files between computer users.

8.    Law enforcement has reviewed the content contained on one of the aforementioned electronic devices, a one terabyte two-and-a-half inch internal hard drive with the serial number D41D1316AN (the "Defendant's Hard Drive").   Law enforcement has observed at least 100 files containing videos or images of child pornography on the Defendant's Hard Drive.   I have reviewed several of the files containing videos of child pornography, which files are described as follows:

   a. **"(KINGPASS) NEW! 022 Asian - pthc ( tied 8yo Cambodian boom-boom girl fucked + raped by sex-tourist ) hussyfan"** is a video of two prepubescent nude girls and one adult male.   The younger of the two girls, approximately seven to nine years of age, has her hands tied to her feet with duct tape, while the adult male has sexual intercourse with her.   After the sexual intercourse, a second adult hand enters the video and places objects inside the younger girl's vagina and anus.

   b. **"Pedomom (Pthc Center)(Opva)(2017)"** is a video of a naked adult female and male masturbating as a prepubescent girl lays on a bed.   The female child is undressed and massaged by the adults while all three are naked.   During the massage, the camera zooms into the female child's vagina and anus as an adult hand is seen spreading open the cheeks of the female child's anus.

9.    During the course of the search of the Defendant's Residence, an individual present identified himself as "Anthony Mendonca."   I and other law enforcement agents identified ourselves as law enforcement.   After a preliminary review of the Defendant's Hard Drive uncovered child pornography, the defendant ANTHONY CHRISTOPHER MENDONCA was read his Miranda rights, which he waived.   ANTHONY CHRISTOPHER MENDONCA voluntarily went with law enforcement agents, including myself, to the police precinct.   ANTHONY CHRISTOPHER MENDONCA was again read his Miranda rights, which he again waived.   He stated, in sum and substance and in part, that he had downloaded child pornography multiple times over the past two years; the

pornography consisted mostly of female minors approximately six to ten years' old; and he was aware that some of the videos that he downloaded were of minors engaged in sexual activity.   ANTHONY CHRISTOPHER MENDONCA further acknowledged that the Defendant's Hard Drive belonged to him and that only he and his wife resided at the Defendant's Residence.

WHEREFORE, your deponent respectfully requests that the defendant ANTHONY CHRISTOPHER MENDONCA be dealt with according to law.

KRISTA COUSINS
Special Agent
United States Department of Homeland Security,
Homeland Security Investigations

Sworn to before me this
21st day of November, 2018

THE HONORABLE PEGGY KUO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK